United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOSEPH ANGUIANO, Plaintiff, v. WELLS FARGO BANK, N.A., Defendant. | Case No. 26-cv-11074-SK **ORDER TO SHOW CAUSE** Regarding Docket No. 9 |

Plaintiff, proceeding pro se, filed a complaint and an application to proceed *in forma pauperis* on September 29, 2026. (Dkt. No. 1.) The Court granted the application to proceed *in forma pauperis*, but after screening, the Court dismissed the complaint for failure to state a claim. (Dkt. No. 9.) The Court gave Plaintiff leave to file an amended complaint by November 4, 2026. To date, Plaintiff has not filed an amended complaint.

The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than December 8, 2026, why the Court should not reassign this matter to a District Judge with a report and recommendation that the case should be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Should Plaintiff wish to include an amended complaint, he must file it at the same time as his response to this Order to Show Cause. Plaintiff is admonished that, if he does not file a response by the deadline, the Court will issue an order of reassignment with a report and recommendation recommending dismissal without further notice.

The Court reminds Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

United States District Court
Northern District of California

It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: November 17, 2026

SALLIE KIM
United States Magistrate Judge